IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD LEE HUNTER,
    Petitioner,

v().                                      Case No.: 3:17cv483/LAC/EMT

MARK S. INCH,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 25, 2019 (ECF No. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3. Petitioner's Motion to Expand the Record with Newly Discovered Evidence (ECF No. 24) is **DENIED** for the reasons stated in the discussion of Ground Two, Sub-claim A, *supra*.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of June, 2019.

     s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**